Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
Matthew DiNicola (SBN 240263)
Email: matthew@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Tel. (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOU INTERNATIONAL, INC. a California Corporation, individually and doing business as VISION INTERNATIONAL 1, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CALWELL CORPORATION, a California corporation; KOHESION, INC. a New Jersey corporation and DOES 1-10,<br><br>Defendants. | Case No.: CV14-05613-RGK-MRW<br>*Honorable R. Gary Klausner Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

NOTICE OF SETTLEMENT

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to the terms of the settlement agreement entered into by Plaintiff and Defendants;
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: _____6/30/15_____    By: _____

　　　　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　　　United States District Judge